IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RANDY JOHNSON, ADC # 98145; and
KAREEM HOLLOWAY, ADC # 111757
                              PLAINTIFFS

v.                 2:06CV00184 WRW/HDY

LARRY NORRIS *et al.*                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1) Plaintiff Holloway's claims are DISMISSED WITH PREJUDICE for failure to state a claim; and

2) Plaintiff Johnson is allowed to proceed to a jury trial on his remaining claims, with counsel appointed by separate order.

3) Counsel for the Arkansas Department of Correction will provide the last-known address for Defendant R. Jackson to the Court so that service may be completed.

DATED this 30th day of April, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE