**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**RANDY JOHNSON**
**ADC # 98145**                                                                                                      **PLAINTIFF**

**v.**                                       **2:06CV00184 WRW/JFF**

**LARRY NORRIS** *et al.*                                                                            **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge John F. Forster. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendants Dennis Jackson, Norris, and Hobbs are DISMISSED WITH PREJUDICE; and

2. Defendants' Motion for Summary Judgment (docket entry #99) is GRANTED IN PART, DENIED IN PART.

DATED this 18th day of March, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE